# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

CARLOS ACOSTA,        *
                         *
      Petitioner,      *      CIVIL ACTION NO.: 5:17-cv-100
                         *
     v.                      *
                         *
TRACY JOHNS, Warden,     *
                         *
      Respondent.      *

## ORDER

Presently before the Court is the Magistrate Judge's January 12, 2018 Report and Recommendation, dkt. no. 18, to which Petitioner Carlos Acosta ("Acosta") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES without prejudice** Acosta's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Acosta leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 6 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA